# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 25, 2020

## NO. 03-20-00363-CV

**J. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the final decree signed by the trial court on June 25, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final decree. Therefore, the Court affirms the trial court's final decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.